UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED ASSOCIATION OF JOURNEYMEN
PLUMBERS AND JOURNEYMEN
STEAMFITTERS AND PIPEFITTERS LOCAL
UNION 357 PENSION PLAN, et al.,

      Plaintiffs,

v.

      Case No. 1:12-cv-956

      HON. JANET T. NEFF

LACEY ANN POLLARD, et al.,

      Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed January 10, 2013 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 27) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for the Entry of Default Judgment (Dkt 17) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated: January 29, 2013                    /s/Janet T. Neff
                                                   JANET T. NEFF
                                                   United States District Judge